## WATT–HARLEY HARDWARE COMPANY *v.* REDDING.

LAMAR, J. In proceedings to dispossess a tenant, the evidence was conflicting as to whether the rental was from year to year or at will. That for the plaintiff being sufficient to sustain a verdict in her favor, there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Fish, P. J., disqualified.*

Submitted July 14, — Decided August 11, 1904.

Affidavit to evict tenant holding over. Before Judge Parker. Ware superior court. December 30, 1903.

*C. P. Hansell* and *J. L. Sweat*, for plaintiff in error.
*Toomer & Reynolds*, contra.